

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2021

No. 04-20-00129-CV

Guangcun **HUANG**,
Appellant

v.

Linman **CHANG**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-12481
Honorable Peter Sakai, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice (not participating)
Luz Elena D. Chapa, Justice (not participating)
Irene Rios, Justice
Beth Watkins, Justice (not participating)
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice (not participating)

On October 21, 2021, appellant filed a motion for reconsideration en banc which requested, inter alia, that the three-judge panel that decided this case "be recused from further actions on [appellant's] proceedings." On October 30, 2021, appellant filed an emergency motion again requesting, inter alia, the recusal of the three-judge panel that decided this case. In accordance with Texas Rule of Appellate Procedure 16.3, the panel certified both motions to the entire court for decision. TEX. R. APP. P. 16.3. After consideration "by a majority of the remaining judges sitting en banc," appellant's motions to recuse the panel are **DENIED**. *See id.*

It is so **ORDERED** on November 2, 2021.

**PER CURIAM**

ATTESTED TO: _____

MICHAEL A. CRUZ,
CLERK OF COURT

